# DEMEO LLP

**66 Long Wharf**
**Boston, MA 02110**

_____

Telephone: 617-263-2600
email: mstanley@demeollp.com

September 13, 2023

**By** *Federal Express and Email*

Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
ec2-abuse@amazon.com;
abuse@amazonaws.com

Amazon.com Legal Department
2021 7th Avenue
Seattle, WA 98121
ec2-abuse@amazon.com;
abuse@amazonaws.com

*RE: United States Luggage Company, LLC d/b/a Solo New York – DMCA Copyright Infringement Notice*

To Whom It May Concern:

I write to you on behalf of United States Luggage Company, LLC d/b/a Solo New York ("Solo New York") in connection with the infringing use of its copyrights on Amazon.com. As you are aware, Solo New York develops, manufactures, and sells products throughout the United States and the world. Solo New York has and continues to designate significant resources to develop and maintain its products' national and international image. Through advertising and other promotional efforts, Solo New York has ensured that its brand and intellectual property have become renowned in the industry and with the consuming public.

*I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named Solo New York. I have a good faith belief that the listings or materials listed below are not authorized by Solo New York, its agent, or the law and that Solo New York has never given permission to the below sellers (collectively, "the Infringing Parties") to copy, mirror, download/upload, frame, rework, or otherwise present Solo New York's intellectual property, or any derivatives thereof:*

1

- Seller Name:        2ndChanceSurplus
  Amazon Seller ID:   A34KKLYSKZ9E5

- Seller Name:        A S G I
  Amazon Seller ID:   A1ZVIOY8U0CXDA

- Seller Name:        All Points Enterprises
  Amazon Seller ID:   A11RAPDBELYUVF

- Seller Name:        bagdUp
  Amazon Seller ID:   A2JEK7QR95ZKPI

- Seller Name:        Bartholomew Hunt's Mercantile
  Amazon Seller ID:   A1BH0X5YULMC08

- Seller Name:        BestSource OfficeSupplies
  Amazon Seller ID:   A3G2RBEZBLAJ53

- Seller Name:        BirkenStar
  Amazon Seller ID:   ASSKFE9KVAV03

- Seller Name:        Boavista Sales
  Amazon Seller ID:   A9NVLRVTS1ONQ

- Seller Name:        ClaireJuste
  Amazon Seller ID:   A2P60O7S81PDY

- Seller Name:        Deals4Everyone (SN Recorded)
  Amazon Seller ID:   A21S51M8WTLTOF

- Seller Name:        Ferguson's Delivery
  Amazon Seller ID:   A3G8095RWLWPYR

- Seller Name:        FLY.U.N's Toy Hangar
  Amazon Seller ID:   A3TFNI161OZGPM

- Seller Name:        Giga Stores
  Amazon Seller ID:   A1PQARR0M82LOO

- Seller Name:        Harvest Moon 9 LLC
  Amazon Seller ID:   A22C5U02ZOUAXK

- Seller Name:        I2F STORE
  Amazon Seller ID:   A3ICFOGTECTJC5

- Seller Name:        Laine Co.

        Amazon Seller ID:    A2O0K1E3JIEMGL

- Seller Name:    Light Express
  Amazon Seller ID:    ACTLVD2GWDCFF

- Seller Name:    Mansmann
  Amazon Seller ID:    A1YDVIJ8QDNBR8

- Seller Name:    MYGOODFRIDAY
  Amazon Seller ID:    A2GXKWURXT7JIT

- Seller Name:    Newinsole
  Amazon Seller ID:    ABUL6P0EPIM18

- Seller Name:    OfficeCrave
  Amazon Seller ID:    A5GF519YQ2D2R

- Seller Name:    OfficeWorld Store
  Amazon Seller ID:    A23VBXMR4PFWK7

- Seller Name:    OKB85
  Amazon Seller ID:    A11K06UCYNMCB4

- Seller Name:    OverStockMegaStore
  Amazon Seller ID:    A3JH7NY08K8DSO

- Seller Name:    PORTMANTOS
  Amazon Seller ID:    A323QY0JRVHFN1

- Seller Name:    PS Corner Store
  Amazon Seller ID:    A1ZARPYN0A3MQ0

- Seller Name:    Rewrite the Stars
  Amazon Seller ID:    A3RXK4J1IQO03Y

- Seller Name:    SupremeElectronics
  Amazon Seller ID:    A146Z8D1LD8EJL

- Seller Name:    The Factory Depot
  Amazon Seller ID:    A29PHU0KPCGV8S

- Seller Name:    The Fought Company
  Amazon Seller ID:    A2S5ZGK1Q28JG6

- Seller Name:    Trackk Market
  Amazon Seller ID:    AG6PHEAEALKIQ

- Seller Name:        TreasuresAtYourDoor
  Amazon Seller ID:   A3ACXNAR7NI07Z

- Seller Name:        Vic's Goods
  Amazon Seller ID:   A3HVO362N239OT

- Seller Name:        WeAreAlphaVision
  Amazon Seller ID:   A2XTP2JZA0CU1E

- Seller Name:        Wholesaler AZ
  Amazon Seller ID:   A1XWC8YF8F9U8N

*As such, the below-referenced materials infringe Solo New York's rights according to state, federal, and/or United States law. As you are hosting the Infringing Parties' ASINs on Amazon.com's Internet marketplace, you may be held contributorily liable for damages if the infringing material is not removed.*

Solo New York has never given permission to the Infringing Parties to use its copyrights or intellectual property in the United States, and the Infringing Parties are not otherwise authorized to use Solo New York's copyrights in the United States. As such, the ASINs on Amazon.com below infringe upon Solo New York's intellectual property rights according to state and federal law:

1. https://www.amazon.com/dp/B0098QV178/ref=sr_1_1?keywords=solo&m=A11K06UCYNMCB4&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B0098QV178)

2. https://www.amazon.com/dp/B00BK0Z0V8/ref=sr_1_1?keywords=solo&m=A11RAPDBELYUVF&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0Z0V8)

3. https://www.amazon.com/dp/B07F7RTYL9/ref=sr_1_1?keywords=solo&m=A146Z8D1LD8EJL&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07F7RTYL9)

4. https://www.amazon.com/dp/B07F7RTYL9/ref=sr_1_1?keywords=solo&m=A1BH0X5YULMC08&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07F7RTYL9)

5. https://www.amazon.com/dp/B00VX1KPK0/ref=sr_1_1?keywords=solo&m=A1PQARR0M82LOO&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00VX1KPK0)

6. https://www.amazon.com/dp/B08FLM3419/ref=sr_1_1?keywords=solo&m=A1XWC8YF8F9U8N&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B08FLM3419)

7. https://www.amazon.com/dp/B00BYE523G/ref=sr_1_1?keywords=solo&m=A1YDVIJ8QDNBR8&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BYE523G)

8. https://www.amazon.com/dp/B00JGHVJE4/ref=sr_1_1?keywords=solo&m=A1ZARPYN0A3MQ0&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JGHVJE4)

9. https://www.amazon.com/dp/B00061NLCW/ref=sr_1_1?keywords=solo&m=A1ZVIOY8U0CXDA&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00061NLCW)

10. https://www.amazon.com/dp/B08J8HSXZR/ref=sr_1_1?keywords=solo&m=A21S51M8WTLTOF&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B08J8HSXZR)

11. https://www.amazon.com/dp/B00BK0Z0V8/ref=sr_1_1?keywords=solo&m=A22C5U02ZOUAXK&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0Z0V8)

12. https://www.amazon.com/dp/B00006IAON/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00006IAON)

13. https://www.amazon.com/dp/B000FDLL6Y/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000FDLL6Y)

14. https://www.amazon.com/dp/B000IJ9O8W/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000IJ9O8W)

15. https://www.amazon.com/dp/B000UTO27S/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000UTO27S)

16. https://www.amazon.com/dp/B002J9HEIQ/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002J9HEIQ)

17. https://www.amazon.com/dp/B002TR0LUG/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002TR0LUG)

18. https://www.amazon.com/dp/B004GE123K/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B004GE123K)

19. https://www.amazon.com/dp/B00BEV049Q/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BEV049Q)

20. https://www.amazon.com/dp/B00BP5N2BS/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BP5N2BS)

21. https://www.amazon.com/dp/B00BP5N2D6/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BP5N2D6)

22. https://www.amazon.com/dp/B00CP8OTL6/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00CP8OTL6)

23. https://www.amazon.com/dp/B00EJ8CZCU/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00EJ8CZCU)

24. https://www.amazon.com/dp/B00I6CVPT4/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00I6CVPT4)

25. https://www.amazon.com/dp/B00JGHVJE4/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JGHVJE4)

26. https://www.amazon.com/dp/B00JKM0J64/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JKM0J64)

27. https://www.amazon.com/dp/B07T27LZRP/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T27LZRP)

28. https://www.amazon.com/dp/B07T5H8WHD/ref=sr_1_1?keywords=solo&m=A23VBXMR4PFWK7&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T5H8WHD)

29. https://www.amazon.com/dp/B00006IAON/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00006IAON)

30. https://www.amazon.com/dp/B00061NLCW/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00061NLCW)

31. https://www.amazon.com/dp/B000IJ9O8W/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000IJ9O8W)

32. https://www.amazon.com/dp/B000UTO27S/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000UTO27S)

33. https://www.amazon.com/dp/B000WIOOVQ/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WIOOVQ)

34. https://www.amazon.com/dp/B002J9HEIQ/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002J9HEIQ)

35. https://www.amazon.com/dp/B002TR0LUG/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002TR0LUG)

36. https://www.amazon.com/dp/B004GE123K/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B004GE123K)

37. https://www.amazon.com/dp/B007E2M3SO/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B007E2M3SO)

38. https://www.amazon.com/dp/B00BEV049Q/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BEV049Q)

39. https://www.amazon.com/dp/B00BK0YUG4/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0YUG4)

40. https://www.amazon.com/dp/B00BP5N2BS/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BP5N2BS)

41. https://www.amazon.com/dp/B00BP5N2D6/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BP5N2D6)

42. https://www.amazon.com/dp/B00EJ8CZCU/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00EJ8CZCU)

43. https://www.amazon.com/dp/B00H6ASWG6/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00H6ASWG6)

44. https://www.amazon.com/dp/B00JGHVJE4/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JGHVJE4)

45. https://www.amazon.com/dp/B00JKM0J64/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JKM0J64)

46. https://www.amazon.com/dp/B00PW1PB06/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00PW1PB06)

47. https://www.amazon.com/dp/B00VX1KPK0/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00VX1KPK0)

48. https://www.amazon.com/dp/B07SSW1X7Q/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07SSW1X7Q)

49. https://www.amazon.com/dp/B07T27LZRP/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T27LZRP)

50. https://www.amazon.com/dp/B07T5H8WHD/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T5H8WHD)

51. https://www.amazon.com/dp/B087WX36BQ/ref=sr_1_1?keywords=solo&m=A29PHU0KPCGV8S&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B087WX36BQ)

52. https://www.amazon.com/dp/B008Y8E25Y/ref=sr_1_1?keywords=solo&m=A2GXKWURXT7JIT&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B0008Y8E25Y)

53. https://www.amazon.com/dp/B07SV4GDSS/ref=sr_1_1?keywords=solo&m=A2JEK7QR95ZKPI&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07SV4GDSS)

54. https://www.amazon.com/dp/B00I6CVPT4/ref=sr_1_1?keywords=solo&m=A2O0K1E3JIEMGL&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00I6CVPT4)

55. https://www.amazon.com/dp/B07SW84HRR/ref=sr_1_1?keywords=solo&m=A2P600O7S81PDY&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07SW84HRR)

56. https://www.amazon.com/dp/B00BK0YUG4/ref=sr_1_1?keywords=solo&m=A2S5ZGK1Q28JG6&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0YUG4)

57. https://www.amazon.com/dp/B00VX1KPK0/ref=sr_1_1?keywords=solo&m=A2XTP2JZA0CU1E&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00VX1KPK0)

58. https://www.amazon.com/dp/B0009WH4OE/ref=sr_1_1?keywords=solo&m=A323QY0JRVHFN1&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B009WH4OE)

59. https://www.amazon.com/dp/B00BP5N2D6/ref=sr_1_1?keywords=solo&m=A323QY0JRVHFN1&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BP5N2D6)

60. https://www.amazon.com/dp/B000WINIKY/ref=sr_1_1?keywords=solo&m=A34KKLYSKZ9E5&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WINIKY)

61. https://www.amazon.com/dp/B00BYE523G/ref=sr_1_1?keywords=solo&m=A3ACXNAR7NI07Z&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BYE523G)

62. https://www.amazon.com/dp/B000WINIKY/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WINIKY)

63. https://www.amazon.com/dp/B000WIOOVQ/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WIOOVQ)

64. https://www.amazon.com/dp/B002I2RO0C/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002I2RO0C)

65. https://www.amazon.com/dp/B007E2M3SO/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B007E2M3SO)

66. https://www.amazon.com/dp/B07T27LZRP/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T27LZRP)

67. https://www.amazon.com/dp/B07T5H8WHD/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T5H8WHD)

68. https://www.amazon.com/dp/B0817FNVX8/ref=sr_1_1?keywords=solo&m=A3G2RBEZBLAJ53&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B0817FNVX8)

69. https://www.amazon.com/dp/B00BK0Z0V8/ref=sr_1_1?keywords=solo&m=A3G8095RWLWPYR&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0Z0V8)

70. https://www.amazon.com/dp/B00BK0Z0V8/ref=sr_1_1?keywords=solo&m=A3HVO362N239OT&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0Z0V8)

71. https://www.amazon.com/dp/B07F7RTYL9/ref=sr_1_1?keywords=solo&m=A3ICFOGTECTJC5&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07F7RTYL9)

72. https://www.amazon.com/dp/B087WX36BQ/ref=sr_1_1?keywords=solo&m=A3JH7NY08K8DSO&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B087WX36BQ)

73. https://www.amazon.com/dp/B07SSW1X7Q/ref=sr_1_1?keywords=solo&m=A3RXK4J1IQO03Y&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07SSW1X7Q)

74. https://www.amazon.com/dp/B08J9C24KR/ref=sr_1_1?keywords=solo&m=A3RXK4J1IQO03Y&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B08J9C24KR)

75. https://www.amazon.com/dp/B00PLEORP4/ref=sr_1_1?keywords=solo&m=A3TFNI161OZGPM&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00PLEORP4)

76. https://www.amazon.com/dp/B00006IAON/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00006IAON)

77. https://www.amazon.com/dp/B000FDLL6Y/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000FDLL6Y)

78. https://www.amazon.com/dp/B000IJ9O8W/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000IJ9O8W)

79. https://www.amazon.com/dp/B000WIOOVQ/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WIOOVQ)

80. https://www.amazon.com/dp/B002I2RO0C/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002I2RO0C)

81. https://www.amazon.com/dp/B002J9HEIQ/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002J9HEIQ)

82. https://www.amazon.com/dp/B002TR0LUG/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002TR0LUG)

83. https://www.amazon.com/dp/B004GE123K/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B004GE123K)

84. https://www.amazon.com/dp/B00BEV049Q/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BEV049Q)

85. https://www.amazon.com/dp/B00BK0YUG4/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0YUG4)

86. https://www.amazon.com/dp/B00CP8OTL6/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00CP8OTL6)

87. https://www.amazon.com/dp/B00I6CVPT4/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00I6CVPT4)

88. https://www.amazon.com/dp/B00JGHVJE4/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JGHVJE4)

89. https://www.amazon.com/dp/B00JKM0J64/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JKM0J64)

90. https://www.amazon.com/dp/B00VX1KPK0/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00VX1KPK0)

91. https://www.amazon.com/dp/B07F7RTYL9/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07F7RTYL9)

92. https://www.amazon.com/dp/B07SSW1X7Q/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07SSW1X7Q)

93. https://www.amazon.com/dp/B07T5H8WHD/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B07T5H8WHD)

94. https://www.amazon.com/dp/B086KBWK9C/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B086KBWK9C)

95. https://www.amazon.com/dp/B086KCJ5W1/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B086KCJ5W1)

96. https://www.amazon.com/dp/B087WX36BQ/ref=sr_1_1?keywords=solo&m=A5GF519YQ2D2R&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B087WX36BQ)

97. https://www.amazon.com/dp/B008Y8E25Y/ref=sr_1_1?keywords=solo&m=A9NVLRVTS1ONQ&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B0008Y8E25Y)

98. https://www.amazon.com/dp/B002I2RO0C/ref=sr_1_1?keywords=solo&m=ABUL6P0EPIM18&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B002I2RO0C)

99. https://www.amazon.com/dp/B008Y8E25Y/ref=sr_1_1?keywords=solo&m=ACTLVD2GWDCFF&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B008Y8E25Y)

100. https://www.amazon.com/dp/B0098QV178/ref=sr_1_1?keywords=solo&m=AG6PHEAEALKIQ&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B0098QV178)

101. https://www.amazon.com/dp/B00BK0Z0V8/ref=sr_1_1?keywords=solo&m=AG6PHEAEALKIQ&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00BK0Z0V8)

102. https://www.amazon.com/dp/B000WIOOVQ/ref=sr_1_1?keywords=solo&m=ASSKFE9KVAV03&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B000WIOOVQ)

103. https://www.amazon.com/dp/B00JKM0J64/ref=sr_1_1?keywords=solo&m=ASSKFE9KVAV03&qid=1690387331&s=merchant-items&sr=1-1 (ASIN: B00JKM0J64)

Amazon is hosting the above-referenced ASINs on Amazon.com's Internet marketplace used by the Infringing Parties to conduct their infringing activity. Therefore, Solo New York demands that you immediately disable access to the infringing materials above, and cease and desist from facilitating any future infringement of Solo New York's intellectual property through its Internet marketplace.

While Solo New York recognizes that this may be Amazon's first notice of the infringing activities occurring on its ASINs, this letter provides express notice of the infringing nature of the Infringing Parties' product listings. Should Amazon fail to disable access to the infringing products on its ASINs immediately, Amazon may be held contributorily or vicariously liable for any and all future infringement. 17. U.S.C. § 512. As you may know, a California court held an Internet Service Provider liable for $32 million in damages caused by its failure to remove websites infringing upon intellectual property rights. *See Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*, C.A. No. C 07-03952 JW (N.D. Cal. Aug. 28, 2009) (finding two ISPs liable for $32.4 million in damages for contributory trademark and copyright infringement when they failed to take down infringing websites.) Several other California courts, as well as courts across the country, have likewise imposed liability for contributory trademark infringement on Internet marketplaces. *See, e.g., Chloe SAS v. Sawabeh Info. Servs. Co.*, C.A. No. CV 11-4147 GAF, 2015 WL 12763541 (C.D. Cal. June 22, 2015) (awarding plaintiffs $4 million in statutory damages and attorneys' fees after finding a business-to-business website and online marketplace liable for "willful" contributory trademark infringement); *Spy Optic, Inc. v. Alibaba.Com, Inc.*, 163 F. Supp. 3d 755 (C.D. Cal. 2015) (finding defendant liable for contributory trademark infringement for failing to remove an identified trademark infringer on its online marketplace despite plaintiff's use of defendant's reporting system); *Roger Cleveland Golf Co. v. Prince*, C.A. No. 09-2119-MBS, 2012

11

WL 1106775 (D.S.C. Mar. 30, 2012) (upholding a jury verdict of $770,500.00 in damages against a webhost).

Because Amazon qualifies as an ISP under the DMCA, it is entitled to the safe harbor afforded therein against a claim of vicarious copyright infringement only if it establishes the following three elements, it: 1) does not have knowledge of the infringing material; 2) does not receive a financial benefit directly attributable to the infringing activity where it has a right and ability to control the activity; and 3) upon notification of the claimed infringement, responds expeditiously to remove or disable access to the material.  17 U.S.C. § 512(c); *see also Hendrickson v. Amazon.Com, Inc.*, 298 F. Supp. 2d 914, 916 (C.D. Cal. 2003) (confirming "Amazon qualifies as an ISP under the DMCA").  Amazon now has notice of the specific ASINs on Amazon.com infringing upon Solo New York's copyrights.  Moreover, "Amazon does receive a financial benefit from its third party sellers, so its only defense is to prove that it does not have the right and ability to control such activity." *Hendrickson*, 298 F. Supp. 2d at 918.  There is no question that Amazon can and does have the ability to remove ASINs on its Internet marketplace. As such, Amazon does not qualify for the DMCA safe harbor.

Please confirm within **three (3) days of the receipt of this letter** what steps Amazon is taking to discontinue the facilitation, assistance, and contribution of the infringing conduct on Amazon.com. Thank you for your cooperation in this matter, and please feel free to contact me directly to discuss this further.

    Very truly yours,

    /s/ *Michael R. Stanley*

    Michael R. Stanley