## **SCHEDULE A**

Pursuant to 17 U.S.C. §512(h) and Rule 45 of the Federal Rules of Civil Procedure, you are commanded to please produce the following documents, and electronically stored information, or objects, and permit inspection, copying, testing, or sampling of the material.

Provide all identifying information including subscriber registration information, the name(s), address(es), telephone number(s), and any electronic mail address(es) associated with the infringing Amazon users listed below.

1. Seller Name: 2ndChanceSurplus
   Amazon Seller ID: A34KKLYSKZ9E5

2. Seller Name: A S G I
   Amazon Seller ID: A1ZVIOY8U0CXDA

3. Seller Name: All Points Enterprises
   Amazon Seller ID: A11RAPDBELYUVF

4. Seller Name: bagdUp
   Amazon Seller ID: A2JEK7QR95ZKPI

5. Seller Name: Bartholomew Hunt's Mercantile
   Amazon Seller ID: A1BH0X5YULMC08

6. Seller Name: BestSource OfficeSupplies
   Amazon Seller ID: A3G2RBEZBLAJ53

7. Seller Name: BirkenStar
   Amazon Seller ID: ASSKFE9KVAV03

8. Seller Name: Boavista Sales
   Amazon Seller ID: A9NVLRVTS1ONQ

9. Seller Name: ClaireJuste
   Amazon Seller ID: A2P60O7S81PDY

10. Seller Name: Deals4Everyone (SN Recorded)
    Amazon Seller ID: A21S51M8WTLTOF

11.     Seller Name:    Ferguson's Delivery
       Amazon Seller ID:    A3G8095RWLWPYR

12.     Seller Name:    FLY.U.N's Toy Hangar
       Amazon Seller ID:    A3TFNI161OZGPM

13.     Seller Name:    Giga Stores
       Amazon Seller ID:    A1PQARR0M82LOO

14.     Seller Name:    Harvest Moon 9 LLC
       Amazon Seller ID:    A22C5U02ZOUAXK

15.     Seller Name:    I2F STORE
       Amazon Seller ID:    A3ICFOGTECTJC5

16.     Seller Name:    Laine Co.
       Amazon Seller ID:    A2O0K1E3JIEMGL

17.     Seller Name:    Light Express
       Amazon Seller ID:    ACTLVD2GWDCFF

18.     Seller Name:    Mansmann
       Amazon Seller ID:    A1YDVIJ8QDNBR8

19.     Seller Name:    MYGOODFRIDAY
       Amazon Seller ID:    A2GXKWURXT7JIT

20.     Seller Name:    Newinsole
       Amazon Seller ID:    ABUL6P0EPIM18

21.     Seller Name:    OfficeCrave
       Amazon Seller ID:    A5GF519YQ2D2R

22.     Seller Name:    OfficeWorld Store
       Amazon Seller ID:    A23VBXMR4PFWK7

23.     Seller Name:    OKB85
       Amazon Seller ID:    A11K06UCYNMCB4

24.     Seller Name:    OverStockMegaStore
       Amazon Seller ID:    A3JH7NY08K8DSO

25.     Seller Name:    PORTMANTOS
       Amazon Seller ID:    A323QY0JRVHFN1

26. Seller Name: PS Corner Store
    Amazon Seller ID: A1ZARPYN0A3MQ0

27. Seller Name: Rewrite the Stars
    Amazon Seller ID: A3RXK4J1IQO03Y

28. Seller Name: SupremeElectronics
    Amazon Seller ID: A146Z8D1LD8EJL

29. Seller Name: The Factory Depot
    Amazon Seller ID: A29PHU0KPCGV8S

30. Seller Name: The Fought Company
    Amazon Seller ID: A2S5ZGK1Q28JG6

31. Seller Name: Trackk Market
    Amazon Seller ID: AG6PHEAEALKIQ

32. Seller Name: TreasuresAtYourDoor
    Amazon Seller ID: A3ACXNAR7NI07Z

33. Seller Name: Vic's Goods
    Amazon Seller ID: A3HVO362N239OT

34. Seller Name: WeAreAlphaVision
    Amazon Seller ID: A2XTP2JZA0CU1E

35. Seller Name: Wholesaler AZ
    Amazon Seller ID: A1XWC8YF8F9U8N